ORIGINAL

SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215
Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 19 2019
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

AUDREY JEAN WOLFORD,

Defendant.

CRIMINAL CASE NO. 19-00026

**INDICTMENT**

**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**
[21 U.S.C. §§ 846 & 841(a)(1) & (b)(1)(A)(viii)]
(Count 1)
**DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE**
[21 U.S.C. §§ 841(a)(1) & (b)(1)(C)]
(Counts 2-3)
**ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**
[[21 U.S.C. §§ 846 & 841(a)(1) & (b)(1)(A)(viii)]
(Count 4)
**ENGAGING IN MONETARY TRANSACTION WITH PROCEEDS OF SPECIFIED UNLAWFUL ACTIVITY**
[18 U.S.C. §§ 1957 & 2]
(Count 5)
**NOTICE OF FORFEITURE**
[21 U.S.C. § 853]

THE GRAND JURY CHARGES:

**COUNT 1 – CONSPIRACY TO DISTRIBUTE METHAMPHETMINE HYDROCHLORIDE**

From on or about January 1, 2013, and continuing thereafter until on or about February 5, 2019, in the District of Guam, and elsewhere, the defendant AUDREY JEAN WOLFORD, did knowingly and intentionally conspire with other persons, known and unknown to the grand jury, to distribute fifty (50) grams or more of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) & (b)(1)(A)(viii).

**COUNT 2 – DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE**

On or about February 27, 2018, in the District of Guam, the defendant AUDREY JEAN WOLFORD, knowingly and intentionally distributed methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT 3 – DISTRIBUTION OF METHAMPHETAMINE HYDROCHLORIDE**

On or about May 3, 2018, in the District of Guam, the defendant AUDREY JEAN WOLFORD, knowingly and intentionally distributed methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**COUNT 4 – ATTEMPTED POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

On or about November 20, 2018, in the District of Guam, the defendant AUDREY JEAN WOLFORD, knowingly and intentionally attempted to possess with intent to distribute fifty (50) grams or more of methamphetamine hydrochloride, a Schedule II controlled substance, in

violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A)(viii).

**COUNT 5 - ENGAGING IN MONETARY TRANSACTION WITH PROCEEDS OF SPECIFIED UNLAWFUL ACTIVITY**

On or about April 12, 2016, in the District of Guam and elsewhere, the defendant AUDREY JEAN WOLFORD, aided and abetted by others known and unknown to the grand jury, did knowingly engage and attempt to engage in a monetary transaction in criminally derived property of a value greater than $10,000, by, through or to a financial institution, affecting interstate and foreign commerce, namely, the defendant caused the payment by check in the amount of $125,000, drawn on Reaction Automotive's bank account (ending in no. 3829), and made payable to Title Guaranty of Guam, Inc., for a deposit into escrow for the purchase of a residence in Barrigada, Guam, which funds were derived from a specified unlawful activity, that is, the conspiracy to distribute methamphetamine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1) & (b)(1)(A)(viii), in violation of Title 18, United States Code, Sections 1957 and 2.

**NOTICE OF FORFEITURE – TITLE 21**

The allegations contained in Counts 1 through 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

Upon conviction of a Title 21 controlled substance offense alleged in Counts 1 through 4 of this Indictment of the Indictment, the defendant, AUDREY JEAN WOLFORD, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting and derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, and intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to, the

following:

**1. MONEY JUDGMENT**

A sum of money representing the amount of proceeds obtained as a result of the offense.

**2. PERSONAL PROPERTY**

One (1) Tiffany Victoria Key Pendant.

**3. REAL PROPERTY**

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at:

> Lot Number 2364-1-1, (Subdivision of Lot Number 2364-1), Municipality of Barrigada, Territory of Guam, Estate Number 10718, Suburban, as said Lot is marked and designated in that Property Survey Map, dated February 10, 1959, and recorded February 18, 1959, at the Records Division, Department of Land Management, Government of Guam, under Instrument Number 35825.
>
> Registered Land, with the Registered Owner being Gil Suguitan, the owner of record being Gary E. Camacho, a Married Man, as sole and separate property and the certificate of title registration number being 95096.
>
> Area: 603.82 ± Square Meters.

**4. VEHICLE**

2015 Infinity Q60, VIN JN1CV6EK9FM871110, Guam License Plate No. TL3283.

**5. SUBSTITUTE ASSETS**

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been comingled with other property which cannot be subdivided without difficulty;

the United States of America, shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p).

**NOTICE OF FORFEITURE – TITLE 18**

The allegations contained in Count 5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(1).

Pursuant to Title 18, United States Code, Section 982(a)(1), upon conviction of an offense in violation of Title 18, United States Code, Section 1957, the defendant, AUDREY JEAN WOLFORD, shall forfeit to the United States any property, real or personal, involved in such an offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to, the following:

**1. MONEY JUDGMENT**

A sum of money representing the amount of proceeds obtained as a result of the offense.

**2. REAL PROPERTY**

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at:

> Lot Number 2364-1-1, (Subdivision of Lot Number 2364-1), Municipality of Barrigada, Territory of Guam, Estate Number 10718, Suburban, as said Lot is marked and designated in that Property Survey Map, dated February 10, 1959, and recorded February 18, 1959, at the Records Division, Department of Land Management, Government of Guam, under Instrument Number 35825.
>
> Registered Land, with the Registered Owner being Gil Suguitan, the owner of record being Gary E. Camacho, a Married Man, as sole and separate property and the certificate of title registration number being 95096.
>
> Area: 603.82 ± Square Meters.

**3. SUBSTITUTE ASSETS**

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

c. has been substantially diminished in value; or

d. has been comingled with other property which cannot be subdivided without difficulty;

the United States of America, shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

DATED this 19th day of June, 2019.

A TRUE BILL.

REDACTED

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: [signature]
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney