# Criminal Case Cover Sheet             U.S. District Court

**Place of Offense:**
City: Hagåtña

**Related Case Information:**
Superseding Indictment: ____
Docket Number: **19-00026**
Same Defendant: ____
New Defendant: x
Search Warrant Case Number: ____
R 20/ R 40 from District of: ____

Country/Parish: ____

**Defendant Information:**

Juvenile: Yes ___ No X    Matter to be sealed: ___ Yes x No

Defendant Name: Audrey Jean Wolford
Alias Name: Redd
Address: ____

**RECEIVED JUN 19 2019 DISTRICT COURT OF GUAM HAGÅTÑA, GUAM**

Birthdate: Xx/xx/    SS#: xxx-xx-    Sex: F    Race: PI    Nationality: Chamorro

**U.S. Attorney Information:**
AUSA: Rosetta L. San Nicolas

**Interpreter:** x No ___ Yes    List language and/or dialect: ____

**Location Status:**

Arrest Date: ____
☐ Already in Federal Custody as of ____ in ____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**
Total # of Counts: 5    ___ Petty ___ Misdemeanor X Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 USC 846, 841a1, b1Aviii | Conspiracy to Distribute Methamphetamine Hydrochloride | 1 |
| Set 2 | 21 USC 841a1, b1C | Distribution of Methamphetamine Hydrochloride | 2-3 |
| Set 3 | 21 USC 846, 841a1, b1Aviii | Attempted Possession with Intent to Distribute Methamphetamine Hydrochloride | 4 |
| Set 4 | 18 USC 1957, 2 | Engaging in Monetary Transaction with Proceeds of Specified Unlawful Activity | 5 |
| Set 5 | 21 USC 853 | Notice of Forfeiture | |

(May be continued on reverse)

Date: ____    Signature of AUSA: ____