SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 19-00026 |
| Plaintiff, | MOTION TO UNSEAL THE CASE |
| vs. | |
| AUDREY JEAN WOLFORD, | |
| Defendant. | |

The United States moves this Honorable Court for an order unsealing the record in the above-entitled case for the reason that the investigation is now complete and there is no further reason for these proceedings to remain secret.

Defense counsel, Jeffrey Moots, has been made aware of this motion and has no objection.

Respectfully submitted this 16th day of February, 2021.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney