SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 19-00026 |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO VACATE STATUS HEARING AND SET SENTENCING |
| AUDREY JEAN WOLFORD, | |
| Defendant. | |

COMES NOW the United States of America and moves this Honorable Court for an Order to vacate the Status hearing currently set for February 23, 2021, and to set a date for sentencing in the above matter.

The parties request that the Court calendar the sentencing date at least ninety (90) days from the date of this request so that the Presentence Report can be completed in this case.

Defense counsel Jeffrey Moots, has been informed and concurs with this request.

DATED this 16th day of February, 2021.

SHAWN N. ANDERSON
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney