SHAWN N. ANDERSON
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Facsimile: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUDREY JEAN WOLFORD,<br><br>Defendant. | CRIMINAL CASE NO. 19-00026<br><br>**ORDER**<br>Granting Motion to Vacate Status Hearing and Schedule Sentencing<br>(ECF No. 45) |

On February 16, 2021, the United States filed a Motion to Vacate Status Hearing and Set Sentencing. For good cause shown, the court hereby vacates the status hearing set for February 23, 2021, and hereby sets this matter for sentencing as set forth in the following schedule:

- U.S. Probation Office shall file and serve a Draft
  Presence Report no later than . . . . . . . . . . . . . . . . . . . . . . .   April 5, 2021

- Each Party shall file and serve a Response to Draft
  Presence Report no later than . . . . . . . . . . . . . . . . . . . . . . .   April 19, 2021

    - A "Response" shall include any and all objections to material information, the computation of the sentencing guideline range(s), and policy statements contained in or omitted from the report.

- If an Objection is filed, the opposing party shall file and
  Serve a Reply to the Objection no later than . . . . . . . . . . . . . . .   April 26, 2021

- U.S. Probation Office shall file and serve the Final
  Presence Report, including the Addendum and
  Sentencing Recommendation, no later than . . . . . . . . . . . . . .   May 3, 2021

- Each party shall file and serve a sentencing memorandum and any motion for an upward or downward departure along with the grounds for such departure (*e.g.*, substantial assistance, aggravating or mitigating circumstances of a kind or to a degree not adequately considered by the Guidelines, etc.) . . . . . . . . . . . . . . . . . . . .    May 10, 2021

- A sentencing hearing shall be held on . . . . . . . . . . . . . . . . .    May 20, 2021, at 9:30 a.m.

IT IS SO ORDERED.



/s/ Michael J. Bordallo
   U.S. Magistrate Judge
Dated: Feb 17, 2021